IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LORENZO ARMIJO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-1514-K |
| | § | |
| MOVEMENT MORTGAGE, LLC and | § | |
| LAKEVIEW LOAN SERVICING, LLC, | § | |
| | § | |
| Defendants. | § | |

## **JUDGMENT**

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that Defendants' Motion for Summary Judgment [Dkt. No. 16] is GRANTED and all of Plaintiff's claims are DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed September 11th, 2024.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE